| | | | |
|---|---|---|---|
| Com. v. Helms | 786 MDA 2016<br>Vacated and<br>Remanded | 11/22/2016 | CP–06–CR–0000395–<br>2006<br>CP–06–CR–0002897–<br>2006<br>CP–06–CR–0002898–<br>2006<br>CP–06–CR–0004789–<br>2006<br>(Berks) |
| In re Adoption of C.M.W. | 1022 MDA 2016<br>Affirmed | 11/22/2016 | 66 Adoptions 2015<br>(Cumberland) |
| In the Int. of A.P.; Appeal of A.S. | 1334 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 11/22/2016 | CP–31–OC–12–2016<br>(Huntingdon) |
| Com. v. Johnson | 721 WDA 2015<br>Affirmed | 11/22/2016 | CP–02–CR–0017177–<br>2014<br>(Allegheny) |
| R.H. v. E.W. | 1502 WDA 2015<br>Appeal<br>dismissed | 11/22/2016 | Docket Number<br>16306–2015<br>(Erie) |
| Com. v. Brown | 1679 WDA 2015<br>Affirmed | 11/22/2016 | CP–02–CR–0004313–<br>2015<br>(Allegheny) |
| Com. v. Peterson | 101 WDA 2016<br>Affirmed | 11/22/2016 | CP–02–CR–0011663–<br>2015<br>(Allegheny) |
| Benec v. Armstrong Cement & Supply | 139 WDA 2016<br>Affirmed | 11/22/2016 | No. 2014–10943<br>(Butler) |
| Dixon v. Valsamidis | 156 WDA 2016<br>Affirmed | 11/22/2016 | 10449–2014<br>(Beaver) |
| Com. v. Thomas | 418 WDA 2016<br>Affirmed | 11/22/2016 | CP–26–CR–0000928–<br>2015<br>(Fayette) |
| Com. v. Ayandele | 750 WDA 2016<br>Affirmed | 11/22/2016 | CP–02–CR–0009454–<br>2001<br>CP–02–CR–0010008–<br>2001<br>(Allegheny) |
| Com. v. Brooks | 2242 EDA 2014<br>Affirmed | 11/23/2016 | CP–51–CR–0014184–<br>2012<br>(Philadelphia) |
| Com. v. Green | 2383 EDA 2015<br>Affirmed | 11/23/2016 | MC–51–CR–0034320–<br>2014<br>(Philadelphia) |
| Com. v. McMillan | 2490 EDA 2015<br>Affirmed | 11/23/2016 | CP–09–CR–0005532–<br>2014<br>(Bucks) |
| Kollias v. Chriskoll, Inc. | 3327 EDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 11/23/2016 | No. 12–9695<br>(Delaware) |